**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ESSOCIATE, INC.,     v.     AZOOGLE.COM, INC., ET AL.

No. 2013-1446

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     See attached addendum A
                                                                                Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant    [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | James D. Peterson |
| Law firm: | Godfrey & Kahn, S.C. |
| Address: | One East Main Street, Suite 500, Post Office Box 2719 |
| City, State and ZIP: | Madison, WI 53701-2719 |
| Telephone: | 608-257-3911 |
| Fax #: | 608-257-0609 |
| E-mail address: | jpeterson@gklaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 14, 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| June 26, 2013 | /s/ James D. Peterson |
| Date | Signature of pro se or counsel |

cc: _____

Appeal No. 13-1446

---

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

ESSOCIATE, INC.,

        Plaintiff-Appellant,

v.

AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.,
and SOCIAL ASSETS, LLC. (doing business as Kinetic Social),

        Defendant-Appellee.

---

**ADDENDUM A
ENTRY OF APPEARANCE:**

---

Notice of Entry of Appearance as counsel for:

Epic Media Group, Inc. (f/k/a Azoogle.com, Inc.) and Social Assets LLC (d/b/a Kinetic Social).

Appeal No. 13-1446

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

ESSOCIATE, INC.,

      Plaintiff-Appellant,

v.

AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.,
and SOCIAL ASSETS, LLC. (doing business as Kinetic Social),

      Defendant-Appellee.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2013, I electronically filed Defendant-Appellee's **Entry of Appearance** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the CM/ECF system. I certify that I have confirmed that counsel for Appellant is a registered CM/ECF user. Service on Appellant's counsel will be accomplished by the CM/ECF system, which will send notification of these filings to:

Derek A. Newman, Keith Scully, and John David Du Wors
Email: dn@newmanlaw.com, keith@newmanlaw.com,
duwors@newmanlaw.com
NEWMAN DUWORS, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101-3029

I further certify that on June 26, 2013, I caused a copy of Defendant-Appellee's **Entry of Appearance** to be sent by U.S. Mail and Email to the following attorneys for Plaintiff-Appellant.

Derek Linke, John David Du Wors, Derek A. Newman and Keith Scully
Email: linke@newmanlaw.com, duwors@newmanlaw.com, dn@newmanlaw.com, keith@newmanlaw.com
NEWMAN DUWORS, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101-3029

*s/ James D. Peterson*
James D. Peterson

9675624.1