**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ESSOCIATE, INC.,                          v. AZOOGLE.COM, INC., ET AL.

No. 2013-1446

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellee                          certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Epic Media Group, Inc. (f/k/a Azoogle.com, Inc.) and Social Assets LLC (d/b/a Kinetic Social).

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Epic Media Group, Inc. (f/k/a Azoogle.com, Inc.), has been converted into Epic Media Group LLC.
Epic Media Group LLC is a wholly owned subsidiary of FAS Labs, Inc.
Social Assets LLC is a wholly owned subsidiary of Emerald Social LLC.
Emerald Social LLC is a wholly owned subsidiary of FAS Labs, Inc.

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Godfrey & Kahn, S.C.
James D. Peterson, Jennifer Gregor

June 26, 2013
Date

/s/ James D. Peterson
Signature of counsel

James D. Peterson
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

Appeal No. 13-1446

---

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

ESSOCIATE, INC.,

        Plaintiff-Appellant,

v.

AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.,
and SOCIAL ASSETS, LLC. (doing business as Kinetic Social),

        Defendant-Appellee.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on June 26, 2013, I electronically filed Defendant-Appellee's **Certificate of Interest** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the CM/ECF system. I certify that I have confirmed that counsel for Appellant is a registered CM/ECF user. Service on Appellant's counsel will be accomplished by the CM/ECF system, which will send notification of these filings to:

Derek A. Newman. Keith Scully, and John David Du Wors
Email: dn@newmanlaw.com, keith@newmanlaw.com,
duwors@newmanlaw.com
NEWMAN DUWORS, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101-3029

I further certify that on June 26, 2013, I caused a copy of Defendant-

Appellee's **Certificate of Interest** to be sent by U.S. Mail and Email to the

following attorneys for Plaintiff-Appellant.

Derek Linke, John David Du Wors, Derek A. Newman and Keith Scully
Email: linke@newmanlaw.com, duwors@newmanlaw.com,
dn@newmanlaw.com, keith@newmanlaw.com
NEWMAN DUWORS, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101-3029


*s/ James D. Peterson*
James D. Peterson

9675521.1