**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2013-1446

ESSOCIATE, INC.,

v.

AZOOGLE.COM, INC., ET AL.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  See attached addendum A.

Party is (select one)   ☐ Appellant/Petitioner    ☐ Cross-Appellant
                        ☑ Appellee/Respondent     ☐ Intervenor

Tribunal appealed from and Case No. Western District of Wisconsin, 3:11-cv-00727-bbc

Date of Judgment/Order 5/20/2013, 5/17/2013   Type of Case Civil - Patent

Relief sought on appeal
Appellees seek affirmance of the District Court judgment.

Relief awarded below (if damages, specify)
Opinion granting summary judgment of non-infringement and final judgment dismissing the case.

Briefly describe the judgment/order appealed from

Opinion granting summary judgment of non-infringement of all asserted claims of U.S. Patent 6,804,660.

**FORM 26.  Docketing Statement (continued)**

Nature of judgment (select one)

- [x] Final Judgment, 28 USC 1295
- [ ] Rule 54(b)
- [ ] Interlocutory Order (specify type) _____
- [ ] Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____

Brief statement of the issues to be raised on appeal _____

Have there been discussions with other parties relating to settlement of this case?

    [x] Yes   [ ] No

If "yes," when were the last such discussions?

- [ ] Before the case was filed below?
- [x] During the pendency of the case below?
- [ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   [x] Yes   [ ] No

If they were mediated, by whom? Allan J. Sternstein, Dykema

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?　　☐ Yes　　☒ No

If you answered no, explain why not  Appellees made the decision during the litigation that settlement was not an attractive option. Having secured summary judgment, their view of the case is confirmed.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this __26th__ day of __June__, __2013__

by: __U.S. Mail and email.__
(manner of service)

__James D. Peterson__　　　　　　__/s/ James D. Peterson__
Name of Counsel　　　　　　　　　Signature of Counsel

Law Firm __Godfrey & Kahn, S.C.__

Address __One East Main Street, Suite 500 P.O. Box 2719__

City, State, ZIP __Madison, WI 53701-3911__

Telephone Number __(608) 257-3911__

FAX Number __(608) 257-0609__

E-mail Address __jpeterson@gklaw.com__

Appeal No. 13-1446

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

ESSOCIATE, INC.,

        Plaintiff-Appellant,

v.

AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.,
and SOCIAL ASSETS, LLC. (doing business as Kinetic Social),

        Defendant-Appellee.

# ADDENDUM A
# DOCKETING STATEMENT:

Name of the represented party:

Epic Media Group, Inc. (f/k/a Azoogle.com, Inc.) and Social Assets LLC (d/b/a Kinetic Social).

Appeal No. 13-1446

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ESSOCIATE, INC.,

      Plaintiff-Appellant,

v.

AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.,
and SOCIAL ASSETS, LLC. (doing business as Kinetic Social),

      Defendant-Appellee.

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, I electronically filed Defendant-Appellee's **Docketing Statement** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the CM/ECF system. I certify that I have confirmed that counsel for Appellant is a registered CM/ECF user. Service on Appellant's counsel will be accomplished by the CM/ECF system, which will send notification of these filings to:

Derek A. Newman, Keith Scully, and John David Du Wors
Email:  dn@newmanlaw.com, keith@newmanlaw.com,
duwors@newmanlaw.com
NEWMAN DUWORS, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101-3029

I further certify that on June 26, 2013, I caused a copy of Defendant-Appellee's **Docketing Statement** to be sent by U.S. Mail and Email to the following attorneys for Plaintiff-Appellant.

Derek Linke, John David Du Wors, Derek A. Newman and Keith Scully
Email: linke@newmanlaw.com, duwors@newmanlaw.com, dn@newmanlaw.com, keith@newmanlaw.com
NEWMAN DUWORS, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101-3029

*s/ James D. Peterson*
James D. Peterson

9673637.1