**FORM 26.   Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2013-1446

ESSOCIATE, INC.,

v.

AZOOGLE.COM, INC., ET AL.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing.  When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.  All questions must be answered or the statement will be rejected.

Name of the party you represent  See attached addendum A.

Party is (select one)   ☐ Appellant/Petitioner      ☐ Cross-Appellant
                        ☑ Appellee/Respondent       ☐ Intervenor

Tribunal appealed from and Case No.  Western District of Wisconsin, 3:11-cv-00727-bbc

Date of Judgment/Order  5/20/2013, 5/17/2013   Type of Case  Civil - Patent

Relief sought on appeal  Appellees seek affirmance of the District Court judgment.

Relief awarded below (if damages, specify)
Opinion granting summary judgment of non-infringement and final judgment dismissing the case.

Briefly describe the judgment/order appealed from

Opinion granting summary judgment of non-infringement of all asserted claims of U.S. Patent 6,804,660.

Form 26

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☒ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____

None.

Brief statement of the issues to be raised on appeal _____
Appellees have not cross-appealed; see the Appellant's docketing statement for Appellant's brief statement of issues for appeal.

Have there been discussions with other parties relating to settlement of this case?

☒ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☒ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☒ Yes   ☐ No

If they were mediated, by whom?  Allan J. Sternstein, Dykema

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☒ No

If you answered no, explain why not  Appellees made the decision during the litigation that settlement was not an attractive option. Having secured summary judgment, their view of the case is confirmed.

Provide any other information relevant to the inclusion of this case in the court's mediation program.  None.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this __28th__ day of __June__, __2013__

by: __U.S. Mail and email.__
(manner of service)

James D. Peterson                    /s/ James D. Peterson
Name of Counsel                      Signature of Counsel

Law Firm  Godfrey & Kahn, S.C.

Address  One East Main Street, Suite 500 P.O. Box 2719

City, State, ZIP  Madison, WI 53701-3911

Telephone Number  (608) 257-3911

FAX Number  (608) 257-0609

E-mail Address  jpeterson@gklaw.com

**ADDENDUM A**
**DOCKETING STATEMENT**

Name of the represented party:

Azoogle.com, Inc., Epic Media Group, Inc., and Social Assets, LLC (doing business as Kinetic Social).

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  June 28, 2013
by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| James D. Peterson | /s/ James D. Peterson |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Godfrey & Kahn, S.C.

Address: One East Main Street, Suite 500 P.O. Box 2719

City, State, ZIP: Madison, WI 53701-3911

Telephone Number: 608) 257-3911

FAX Number: (608) 257-0609

E-mail Address: jpeterson@gklaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.