FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ESSOCIATE, INC.,   v.   AZOOGLE.COM, INC., ET AL.

No. 2013-1446

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Appellee certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Azoogle.com, Inc., Epic Media Group, Inc. and Social Assets LLC (d/b/a Kinetic Social).

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Epic Media Group, Inc. (f/k/a Azoogle.com, Inc.), has been converted into Epic Media Group LLC.
Epic Media Group LLC is a wholly owned subsidiary of FAS Labs, Inc.
Social Assets LLC is a wholly owned subsidiary of Emerald Social LLC.
Emerald Social LLC is a wholly owned subsidiary of FAS Labs, Inc.

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Godfrey & Kahn, S.C.
James D. Peterson, Jennifer Gregor

| June 28, 2013 | /s/ James D. Peterson |
|---|---|
| Date | Signature of counsel |
| | James D. Peterson |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

Form 30

**FORM 30. Certificate of Service**

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  June 28, 2013  by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| James D. Peterson | /s/ James D. Peterson |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Godfrey & Kahn, S.C.

Address  One East Main Street, Suite 500 P.O. Box 2719

City, State, ZIP  Madison, WI 53701-3911

Telephone Number  608) 257-3911

FAX Number  (608) 257-0609

E-mail Address  jpeterson@gklaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.