# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| ESSOCIATE, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC., SOCIAL ASSETS LLC, D/B/A KINETIC SOCIAL and DOES 1-10, <br><br> Defendants-Appellees | No. 2013-1446 |

### ESSOCIATE, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Essociate, Inc. ("Essociate") respectfully moves the Court to revise the briefing schedule to extend the deadline for filing Essociate's Opening Brief by thirty days to September 12, 2013.

## I.     BACKGROUND

**A.     The case involves complex issues and a broad record.**

Essociate asks this Court to review a decision of the Western District of Wisconsin construing a patent and granting summary judgment. (July 22, 2013 Declaration of Keith Scully (Scully Decl.) in Support of Motion to Extend Time at

¶ 2.) The opening brief must address claim construction and infringement arguments. (Scully Decl. at ¶ 3.) The record is extensive, and includes expert declarations on computer source code and an extensive array of prior art. (Scully Decl. at ¶ 4.) Essociate anticipates requiring in excess of 100 hours to completely review the record and prepare the opening brief. (Scully Decl. at ¶ 5.)

**B.     The primary attorney on the brief will be unavailable unexpectedly early on paternity leave.**

The attorney with primary responsibility for drafting the brief, Keith Scully, will be out on paternity leave for a one-week period starting on July 24, 2013. (Scully Decl. at ¶ 6.) Mr. Scully's paternity leave was previously expected to begin in August, leaving adequate time to prepare the brief. (Scully Decl. at ¶ 7.) Mr. Scully was unable to complete initial briefing before now because he was lead attorney on two other Ninth Circuit matters. (Scully Decl. at ¶ 8.) He filed an opening brief in *Reiber v. Basic Contracting Services Inc.*, 9th Circuit No. 13-35231, on July 2, 2013. (Scully Decl. at ¶ 9.) And he filed an opening brief in *Cornu-Labat v. Merred et al.*, 9th Circuit No. 13-35158, on July 15, 2013. (Scully Decl. at ¶ 10.)

Other counsel on this matter also have heavy trial case loads, including numerous matters pending trial in California, New York, and Washington. (Scully

Decl. at ¶ 11.) No attorney was able to substitute for Mr. Scully in preparing the initial draft of the brief. (Scully Decl. at ¶ 12.)

### C.  No previous extensions have been requested.

The matter was docketed on June 12, 2013. Neither party previously requested an extension.

### D.  Appellee Azoogle.com, Inc. does not object to an extension of time.

The parties conferred, and Appellee Azoogle.com, Inc. ("Azoogle") does not object to a thirty-day extension. (Scully Decl. at ¶ 13.)

## II.  ARGUMENT

Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) allow the Court to extend the deadline for filing a brief for good cause. Essociate moves the Court to revise the briefing schedule by thirty days and establish a new deadline for Essociate to file its opening brief of September 12, 2013. Essociate demonstrates good cause for this request. Because of the complexity of the issues raised, other litigation responsibilities of Essociate's counsel during the pendency of Essociate's Opening Brief and an unexpectedly early paternity leave, Essociate requires additional time. Azoogle does not object, and neither party has previously requested an extension.

## III.   CONCLUSION

For the foregoing reasons, Essociate respectfully submits that good cause exists to grant Essociate's Motion to Extend Time to File Opening Brief.

Dated this 22nd day of July, 2013.

/s/ Keith Scully
Derek Newman
John Du Wors
Derek Linke
Keith Scully
Newman Du Wors LLP
1201 Third Avenue
Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Fax: (206) 274-2801

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| ESSOCIATE, INC.,<br><br>　　　　Plaintiff-Appellant,<br><br>　　v.<br><br>AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC., SOCIAL ASSETS LLC, D/B/A KINETIC SOCIAL and DOES 1-10,<br><br>　　　　Defendants-Appellees | No. 2013-1446 |

## DECLARATION OF KEITH SCULLY IN SUPPORT OF ESSOCIATE'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF

I, Keith Scully, declare as follows:

　　1.　　I am an attorney in the law firm of Newman Du Wors LLP and am counsel for Appellant Essociate, Inc. ("Essociate") in the above captioned case. I provide this declaration upon personal knowledge and, if called upon as a witness, would testify competently as to the matters recited herein.

　　2.　　Essociate asks this Court to review a decision of the Western District of Wisconsin construing a patent and granting summary judgment.

　　3.　　The opening brief must address claim construction and infringement arguments.

4. The record is extensive, and includes expert declarations on computer source code and an extensive array of prior art.

5. Essociate anticipates requiring in excess of 100 hours to completely review the record and prepare the opening brief.

6. I am the attorney with primary responsibility for drafting the brief, and I will be out on paternity leave for a one-week period starting on July 24, 2013.

7. My paternity leave was previously expected to begin in August, leaving adequate time to prepare the brief.

8. I was unable to complete initial briefing before now because I was lead attorney on two other Ninth Circuit matters.

9. I filed an opening brief in *Reiber v. Basic Contracting Services Inc.*, 9th Circuit No. 13-35231, on July 2, 2013.

10. I filed an opening brief in *Cornu-Labat v. Merred et al.*, 9th Circuit No. 13-35158, on July 15, 2013.

11. Other counsel on this matter also have heavy trial case loads, including numerous matters pending trial in California, New York, and Washington.

12. No attorney was able to substitute for me in preparing the initial draft of the brief.

13. The parties conferred, and Appellee Azoogle.com, Inc. does not object to a thirty-day extension.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

/s/ Keith Scully
Keith Scully

Newman Du Wors LLP
1201 Third Avenue
Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Fax: (206) 274-2801

## PROOF OF SERVICE

I hereby certify that on July 22, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Keith Scully
Keith Scully

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Essociate, Inc.    v.   Azoogle.com, Inc. et al.

No. 13-1446

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Essociate, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Same as party.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Derek Linke, John Du Wors, Keith Scully, Derek Newman, Newman Du Wors LLP

7/22/13
Date

/s/ Keith Scully
Signature of counsel

Keith Scully
Printed name of counsel

Please Note: All questions must be answered
cc: _____