# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

Appeal No. 13-1446

---

ESSOCIATE, INC.,

        Plaintiff-Appellant,

v.

AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.,
and SOCIAL ASSETS, LLC (doing business as Kinetic Social),

        Defendants-Appellees.

---

Appeal from the United States District Court For the Western District of Wisconsin, in Case No. 3:11-cv-00727, Senior Judge Barbara B. Crabb

---

## MOTION FOR LEAVE TO WITHDRAW JAMES D. PETERSON AS COUNSEL FOR APPELLEESS

---

James D. Peterson
Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Phone: 608-257-3911
Fax: 608-257-0609

Attorneys for Defendants-Appellees

1

Defendants-Appellees, Azoogle.com, Inc., Epic Media Group, Inc., and Social Assets, LLC (d/b/a Kinetic Social), by their attorneys, Godfrey & Kahn, S.C., move this Court for leave to withdraw James D. Peterson as counsel. The grounds for this motion are that:

1.　　Mr. Peterson is transferring responsibility for his cases to other attorneys at Godfrey & Kahn in anticipation of his departure from the firm.

2.　　Attorney Jennifer L. Gregor of Godfrey & Kahn, S.C. has represented the Defendants-Appellees in this matter in the District Court, and she is designated Counsel of Record for the Defendants-Appellees in this Court. She will continue to represent the Defendants-Appellees and thus no party will suffer any prejudice as a result of Mr. Peterson's withdrawal as counsel in this matter.

For these reasons, good cause exists for Mr. Peterson's withdrawal as counsel for Defendants-Appellees, who respectfully request that the Court grant this motion.

Dated:  March 14, 2014

                        Respectfully submitted,

                        *s/ James D. Peterson*
                        James D. Peterson
                        Jennifer L. Gregor
                        GODFREY & KAHN, S.C.
                        One East Main Street, Suite 500
                        Madison, WI  53703
                        Phone:  608-257-3911
                        Fax:     608-257-0609
                        Email:   Jpeterson@gklaw.com

                        Attorneys for Defendants-Appellees, Azoogle.com, Inc., Epic Media Group, Inc., and Social Assets, LLC

## CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certifies as follows:

1.  The full name of every party we represent is: Azoogle.com, Inc., Epic Media Group, Inc., and Social Assets, LLC (doing business as Kinetic Social).

2.  The names of the real party in interest if the party named in the caption is not the real party in interest: not applicable.

3.  All parent corporations and any publicly-held companies that own 10 percent or more of the stock of the party represented by us are:

    a.  Epic Media Group, Inc. (f/k/a Azoogle.com, Inc.) has been converted into Epic Media Group LLC.

    b.  Epic Media Group LLC is a wholly-owned subsidiary of FAS Labs, Inc.

    c.  Social Assets LLC is a wholly-owned subsidiary of Emerald Social LLC.

    d.  Emerald Social LLC is a wholly-owned subsidiary of FAS Labs, Inc.

4.  The names of all law firms and the partners and associates that have appeared for the party in the lower tribunal or are expected to appear in this Court are: Godfrey & Kahn, S.C., by its attorneys James D. Peterson, Jennifer L. Gregor, Kerry L. Gabrielson, and Dustin D. Brown.

Dated:  March 14, 2014

                              Respectfully submitted,

                              *s/ James D. Peterson*
                              James D. Peterson
                              Jennifer L. Gregor
                              GODFREY & KAHN, S.C.
                              One East Main Street, Suite 500
                              Madison, WI  53703
                              Phone: 608-257-3911
                              Fax:     608-257-0609
                              Email: jpeterson@gklaw.com

                              Attorneys for Defendants-Appellees,
                              Azoogle.com, Inc., Epic Media Group, Inc.,
                              and Social Assets, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Motion for Leave to Withdraw Attorney James D. Peterson as Counsel for Appellees with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit via the CM/ECF system. Service on appellant's counsel will be accomplished by the CM/ECF system, which will send notification of this filing to:

>Derek A. Newman (derek@newmanlaw.com)
>Derek Linke (linke@newmanlaw.com)
>John Du Wors (duwors@newmanlaw.com)
>Keith Scully (keith@newmanlaw.com)
>NEWMAN DU WORS LLP
>1201 Third Avenue, Suite 1600
>Seattle, WA 98101-3029

I further certify that on March 14, 2014, I cased a copy of the foregoing Motion for Leave to Withdraw Attorney James D. Peterson as Counsel for Appellees to be sent by email and U.S. Mail to the above attorneys for Appellants.

>*s/ James D. Peterson*
>James D. Peterson
>
>Attorneys for Defendants-Appellees

11099525.1